In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-257 CV


____________________



HERMAN ANDERSON, JR., Appellant



V.



LAWRENCE BAKER, Appellee






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-181136






 MEMORANDUM OPINION


 Herman Anderson, Jr. filed a notice of accelerated appeal of the trial court's order
granting a motion to dismiss filed by one of several defendants. We questioned our
jurisdiction over the appeal and instructed the parties to file written responses. The appellee,
Lawrence Baker, filed a response that informs the Court that three parties are named as
defendants in the appellant's trial pleadings and that the order signed by the trial court
disposes of only one of those parties. Anderson did not file a response. 

 The order in this case granted a motion to dismiss an individual defendant pursuant
to the Tort Claims Act. See Tex. Civ. Prac. & Rem. Code Ann. § 101.106(e) (Vernon
2006). Claims against other parties remain unresolved in the trial court. Thus, the trial
court's order is not appealable as a final judgment. See Lehmann v. Har-Con Corp., 39
S.W.3d 191, 195 (Tex. 2001); Hicks v. Tarrant Cty. Sheriff's Dep't, No. 02-05-381 CV (Tex.
App.--Fort Worth Dec. 1, 2005, pet. denied) (mem. op.). Although we gave notice that the
appeal was subject to dismissal, Anderson failed to file a response that showed grounds for
continuing the appeal. See Tex. R. App. P. 42.3. Anderson supplied no authority that
supports the exercise of appellate jurisdiction at this time.

 Accordingly, the appeal is dismissed for lack of jurisdiction.

 APPEAL DISMISSED.


 ______________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered September 11, 2008


Before McKeithen, C.J., Gaultney and Horton, JJ.